So Ordered.

Dated: December 2nd, 2015

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**DWAYNE LEE & BURLENE WILMA BLANKENSHIP, d/b/a RIDGERUNNER FARMS, d/b/a RIDGERUNNER TRAVEL, AND f/d/b/a MULLAN TRAIL, INC.,**<br><br>Debtors. | No.: **14-04033-FPC11**<br><br>Chapter **11**<br><br>**FINDINGS OF FACT** |

**THIS MATTER** coming before the Court for hearing on December 1, 2015, upon the issues raised by Debtors' request for confirmation of Debtors' First Amended Plan of Reorganization, filed herein on May 20, 2015, under docket number 183 and amendment thereto filed on October 2, 2015, under docket number 298 (the "Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtors' Plan was submitted to Creditors and other parties in interest;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

14-04033-FPC11    Doc 336    Filed 12/02/15    Entered 12/02/15 14:34:32    Pg 1 of 3

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

7. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been withdrawn, resolved or overruled;

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

8. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Dan O'Rourke
 DAN O'ROURKE, WSBA #4911

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
**A PROFESSIONAL SERVICE CORPORATION**
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

14-04033-FPC11    Doc 336    Filed 12/02/15    Entered 12/02/15 14:34:32    Pg 3 of 3